# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Gordon P. Gallagher

Case Number: 22-cv-02147

### NOTE TO COURT

✓ We the jury have reached a verdict.

___ We the jury have a question.

_____

_____

_____

_____

1-30-26
**Date & Time**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Answer from the Court

_____

_____

_____

_____

_____                              _____
**Date & Time**                                     **Judge Gordon P. Gallagher**