IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 22-cv-02147-GPG-STV

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROBERT BRIAN WATSON and
WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS,

    Defendants.

---

**VERDICT FORM**

We the jury, on our oaths, present our Answers to Questions submitted by the Court, to which we have all agreed:

**CLAIM 1: Securities Fraud – Section 17(a) of the Securities Act**

1. Did Defendant Robert Brian Watson violate Section 17(a) of the Securities Act?

    Yes: ✓   No: _____

2. Did Defendant Northstar violate Section 17(a) of the Securities Act?

    Yes: ✓   No: _____

**CLAIM 2: Securities Fraud – Section 10(b) of the Exchange Act and Rule 10b-5**

3. Did Defendant Robert Brian Watson violate Section 10(b) of the Exchange Act and Rule 10b-5?

    Yes: ✓   No: _____

4. Did Defendant Northstar violate Section 10(b) of the Exchange Act and Rule 10b-5?

    Yes: ✓   No: _____

**CLAIM 3: Control Person Claim for a Securities Fraud Violation – Section 20(a) of the Exchange Act**

*Answer Question 5 only if you answered "No" to Question 3 and "Yes" to Question 4.*

5. Did Defendant Robert Brian Watson violate Section 20(a) of the Exchange Act in connection with Northstar's violation of Section 10(b) and Rule 10b-5 of the Exchange Act?

    Yes: _____   No: _____

Dated: 1-30, 2026

▬▬▬▬▬▬▬▬▬▬▬▬▬

FOREPERSON

1