**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-2147-GPG-STV

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

 Plaintiff,

**v.**

**ROBERT BRIAN WATSON and WDC HOLDINGS LLC d/b/a NORTHSTAR
COMMERCIAL PARTNERS**

 Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR REMEDIES**

---

Defendants Robert Brian Watson and WDC Holdings LLC, d/b/a Northstar Commercial

Partners (collectively "Defendants"), through counsel, submits this Motion for Extension of

Time to Respond to Plaintiff's Motion for Remedies to and including July 20, 2026, and as

support, state as follows:

**Certificate of Conferral**: Counsel for Defendants conferred with counsel for Plaintiff who

do not oppose the relief sought herein.

1. On May 14, 2026, Plaintiff filed their Motion for Remedies ("Motion") [ECF

125]. Defendants' Response is currently due June 4, 2026.

2. As stated in Plaintiff's Motion for Enlargement of Page Limitation [ECF 123], the

factors required for analysis and application of the facts in this matter are complex. Defendants

require additional time to adequately address Plaintiff's Motion.

3. Paul L. Vorndran is out-of-the-country from the last week of May through the

first week of June. Furthermore, Javier J. Heres was in trial at the end of May, and was out-of-

office due to illness immediately after.

4.    This extension is unopposed, and no party will be prejudiced by the extension.

5.    A Proposed Order is attached.

WHEREFORE, Defendants respectfully request an extension of time to respond to

Plaintiff's Motion for Remedies, to and including July 20, 2026.

DATED this 2nd day of June, 2026.

/s/ Paul L. Vorndran
Paul L. Vorndran
Javier J. Heres
Jones & Keller, P.C.
1675 Broadway, 26th Floor
Denver, CO 80202
Phone: (303) 573-1600
Fax: (303) 573-8133
Email:  pvorndran@joneskeller.com
        jheres@joneskeller.com

Robert Brian Watson and WDC Holdings LLC,
d/b/a Northstar Commercial Partners

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on this 2nd day of June, 2026 a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMEDIES** was filed and served via the CM/ECF on the following:

Terry R. Miller
Jodanna L. Haskins
Attorneys for Plaintiff
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294


           */s/ Emily Morse-Lee*
           Emily Morse-Lee